JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| VDS SUPPORT USA, LLC, | No. SA CV 23-00978-DFM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| UR M. JADDOU, | |
| Defendant. | |

Upon consideration of the Joint Stipulation for Dismissal filed by the parties, it is hereby ORDERED that this matter is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, attorneys' fees, and expenses. The Clerk is directed to close the file.

IT IS SO ORDERED.

Date: September 27, 2023

DOUGLAS F. McCORMICK
United States Magistrate Judge